433 A.2d 559

Commonwealth v. Stanton, Appellant.

Petition for Allowance of Appeal Aug. 4, 1981.

Submitted December 3, 1979. Mel D. Kardos, Assistant Public Defender, for appellant; John J. Kevlock, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Judgment of sentence affirmed.

433 A.2d 559

Commonwealth v. Williams, Appellant.

Submitted April 16, 1980. Carl R. Schiffman, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.